

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES ANTHONY JACKSON, ) <br> aka "X", ) <br> ) <br> Defendant. ) | 2:13-CR-198-JCM-(PAL) |

**FINAL ORDER OF FORFEITURE AS TO CHARLES ANTHONY JACKSON aka "X"**

On April 21, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant CHARLES ANTHONY JACKSON, aka "X" to the United States of America. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 40; Preliminary Order of Forfeiture, ECF No. 42.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), that the Preliminary Order of Forfeiture (ECF No. 42), listing the following assets, is final as to defendant CHARLES ANTHONY JACKSON aka "X":

. . .

. . .

. . .

1. a Makarov 9 millimeter handgun bearing serial number BY3880; and
2. any and all ammunition.

DATED this 2 day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE