TODD M. LEVENTHAL, ESQ.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
626 South Third Street
Las Vegas, Nevada 89101
Leventhalandassociates@gmail.com
(702) 472-8686

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES ANTHONY JACKSON<br><br>Defendants. | **CASE NO.:** 2:13-cr-198-JCM -PAL<br><br>MOTION TO WITHDRAW AS APPOINTED COUNSEL |

Comes now, TODD M. LEVENTHAL, counsel for Defendant, CHARLES ANTHONY JACKSON, and moves this Court for permission to withdraw as counsel in the above-captioned case. This Motion is based on the accompanying points and authorities.

I therefore respectfully request that this court grant the request of Defendant's counsel to be permitted to withdraw as appointed counsel from further representation of CHARLES ANTHONY JACKSON and that new counsel be appointed to represent the Defendant in any further proceedings.

I declare under penalty of perjury that the foregoing is true and correct.

***

\*\*\*

## POINTS AND AUTHORITIES

The government charged CHARLES ANTHONY JACKSON with Felon in Possession of a Firearm. Because the Court determined that CHARLES ANTHONY JACKSON could not afford counsel, it appointed the undersigned to represent him under the Criminal Justice Act. The undersigned has continued to represent him under the Criminal Justice Act Since his appointment.

Mr. Jackson was re-sentenced on June 27, 2016, and an amended Judgment on this was entered by the court on June 27, 2016. Mr. Jackson was sentenced to TIME SERVED with (3) years of supervised release. The appointed undersigned concluded his legal representation for which he was appointed for. The withdrawal of counsel will not have an adverse effect on Defendant.

Accordingly, undersigned counsel respectfully requests that he be allowed to withdraw as appointed counsel.

Dated: January 30, 2018.

          Respectfully submitted,

          /s/ Todd M. Leventhal
          Todd M. Leventhal, Esq.
          626 S. Third Street
          Las Vegas, NV 89101

**IT IS SO ORDERED.**
Dated this 31st day of Janauary, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE